# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 16-2363 - 16-2367 Con Only

**Caption [use short title]**

**Motion for:** Extension of Time to file forms C & D pending Appellant Poltrak's application for readmission to the Second Circuit

Levi Huebner,
            Appellant,
v.
Midland Credit Management, Inc. and Midland Funding LLC,
            Appellees

**Set forth below precise, complete statement of relief sought:**

I Elie Poltorak am seeking and extension of time to file forms C & D pending my application to be readmitted to the Second Circuit as I was notified by the clerk that, as an attorney, I can not file documents in this matter until I am readmitted to the Second Circuit. I only recently became aware that my admission to the Second Circuit has lapsed and will seek readmission forthwith.

**MOVING PARTY:** Poltorak PC, Elie C. Poltorak
☐ Plaintiff  ☐ Defendant
☑ Appellant/Petitioner  ☐ Appellee/Respondent

**OPPOSING PARTY:** Defendants - Appellees

**MOVING ATTORNEY:** Elie Poltorak - Pro Se

**OPPOSING ATTORNEY:** R. David Lane, Jr.

[name of attorney, with firm, address, phone number and e-mail]

Poltorak PC, Elie C. Poltorak
668 Crown Street, Brooklyn, NY 11213
(718) 989-9814 - elie@poltoraklaw.com

Marshal Dennehey Warner Coelman & Goggin
88 Pine Street, 21st floor, New York, NY 10005
(212) 376-6400 - rdlane@mdweg.com

**Court-Judge/Agency appealed from:** Eastern District - the Honorable Brian M. Cogan

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):_____

Opposing counsel's position on motion:
☐ Unopposed  ☑ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this Court?  ☐ Yes  ☐ No
Requested return date and explanation of emergency:_____

Is oral argument on motion requested?  ☐ Yes  ☑ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date:_____

**Signature of Moving Attorney:**
Elie C. Poltorak   **Date:** 8-23-16   Service by: ☐ CM/ECF  ☑ Other [Attach proof of service]

Form T-1080 (rev. 12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| LEVI HUEBNER on behalf of himself and all other similarly situated consumers,<br><br>*Appellant,*<br><br>- against -<br><br>MIDLAND CREDIT MANAGEMENT, INC., and MIDLAND FUNDING LLC,<br><br>*Appellees.* | Docket No.: 16-2367 |

**DECLARATION IN SUPPORT OF MOTION SEEKING EXTENSION**

Elie C. Poltorak affirms the following under the laws prohibiting perjury and declarares:

1. On July 6, 2016, I duly filed a notice of appeal of the District Court's orders affecting me in this matter.

2. On or about August 16, 2016 Jacob Fogel filed a letter with this Court advising that he is "not admitted in the Second Circuit and will not be representing Poltorak PC and Elie C. Poltorak in the appeal of the within matter."

3. I recently received an order from the Clerk of the Court, dated August 10, 2016 DE 13, directing that "Appellants Poltorak PC and Elie C. Poltorak's Forms C and D were due . . . the appeal will be dismissed effective August 24, 2016 if Forms C and D are not filed by that date."

4. I am presently suffering from a debilitating illness that has impeded my ability to deal with this matter in a timely manner.

5. I recently discovered that my admission to the Second Circuit has lapsed.

6. I am suffering from a debilitating illness that has impeded my ability to deal with this matter.

Page 1

7. I understand that I cannot file documents by ECF or with the Clerk of the Court until I am readmitted to this Court.

8. I intend to file an application for readmission forthwith.

9. I was advised by a clerk of this Court that I must make an application for an extension of time to file said documents with this Court, pending my application for readmission.

10. Defendants-Appellees do not consent to this application.

**WHEREFOR,** I respectfully request that the Court extend my time to file Forms C and D until such time as I have been readmitted to practice before the Court.

Dated: Brooklyn, NY
August 23, 2016

Respectfully submitted,
/s/ Elie Poltorak,

Elie C. Poltorak,
668 Crown Street
Brooklyn, NY 11213
(718) 989-9814

elie@poltoraklaw.com

Appelant Pro Se

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| LEVI HUEBNER on behalf of himself and all other similarly situated consumers,<br><br>*Appellant,*<br><br>- against -<br><br>MIDLAND CREDIT MANAGEMENT, INC., and MIDLAND FUNDING LLC,<br><br>*Appellees.* | **Docket No.: 16-2367** |

## CERTIFICATE OF SERVICE

Elie C. Poltorak affirms the following under the laws prohibiting perjury and states:

1. On August 23, 2016, I duly served the within Form T-1080 and Supporting Affirmation upon Defendants-Appellees by serving same upon its counsel R. David Lane, Jr. by e-mail to rdlane@mdwcg.com and upon Levi Huebner, appellant pro se by e-mail to newyorklawyer@msn.com.

2. On August 23, 2016, I duly served the within Form T-1080 and Supporting Affirmation upon Defendants-Appellees by first class mail to:

    R. David Lane, Jr. Esq.
    Marshal Dennehey Warnwer Coleman & Goggin
    88 Pine Street, 21st Floor
    New York, NY 10005

3. On August 23, 2016, I duly served the within Form T-1080 and Supporting Affirmation upon Levi Huebner, appellant pro se by first class mail to:

    Levi Huebner
    535 Dean Street Suite 100
    Brooklyn, NY 11217

Page 1

Dated: Brooklyn, NY
       August 23, 2016

                                       Respectfully submitted,
                                       /s/ Elie Poltorak,

                                       Elie C. Poltorak,
                                       668 Crown Street
                                       Brooklyn, NY 11213
                                       (718) 989-9814

                                       elie@poltoraklaw.com

                                       Appelant Pro Se